UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DIVYANG GOSWAMI, | : | CASE NO. 20-66432-PWB |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Divyang Goswami, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 22-05077-PWB |
| | : | |
| NEENA D. GOSWAMI, | : | |
| | : | |
| Defendant. | : | |

**AMENDED CERTIFICATE OF SERVICE**

This is to certify that, on June 1, 2022, I caused copies of the *Alias Summons* [Doc. No. 3] and *Complaint* [Doc No. 1] to be served by first class United States Mail and certified United States mail - return receipt requested on the following entities at the addresses stated:

Neena D. Goswami
35 Patterson Road
Unit 466499
Lawrenceville, GA  30042-3773

Neena D. Goswami
512 W. Crogan Street
Lawrenceville, GA  30046

This 1st day of June, 2022.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
  Michael J. Bargar
  Georgia Bar No. 645709
  michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
P: (404) 873-8500/ F: (404) 873-8501

18236824v1