UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DIVYANG GOSWAMI, | : | CASE NO. 20-66432-PWB |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Divyang Goswami, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Adv. Pro. No. 22-05077-PWB |
| NEENA D. GOSWAMI, | : | |
| Defendant. | : | |

**ACKNOWLEDGEMENT OF SERVICE AND
STIPULATION EXTENDING TIME**

Neena D. Goswami ("**Mrs. Goswami**"), defendant herein, hereby acknowledges service of the *Alias Summons* [Doc. No. 3] (the "**Summons**") and the *Complaint* [Doc. No. 1] (the "**Complaint**") in the above styled action and waives any further or additional service of the Summons or Complaint – reserving, and without prejudice to, any defenses or arguments other than sufficiency of service of process and sufficiency of process.

In addition, Mrs. Goswami and S. Gregory Hays, as Chapter 7 Trustee and plaintiff herein ("**Trustee**"), stipulate, under Local Rule 9006-1, that the time within which Mrs. Goswami may answer or otherwise plead is extended from July 1, 2022 through and including August 1, 2022. This is the first such extension of time agreed to by Trustee and Mrs. Goswami.

18338070v1

This 27th day of June, 2022.

          ARNALL GOLDEN GREGORY LLP
          *Attorneys for Trustee*

          By:*/s/ Michael J. Bargar*
              Michael J. Bargar
              Georgia Bar No. 645709
              michael.bargar@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Ph: 404.873.7030 / Fax: 404.873.7031

          ANDERSEN, TATE & CARR, P.C.
          *Attorneys for Mrs. Goswami*

          By: */s/James C. Joedecke, Jr.*
              James C. Joedecke, Jr. (by Michael J.
              Bargar with express permission
              received on June 27, 2022)
              Georgia Bar No. 391885
              Dana P. Lohrberg
              Georgia Bar No. 493775
              jjoedecke@atclawfirm.com
              dlohrberg@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Ph: 770-822-9680

18338070v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, have this day served a true and correct copy of the foregoing *Acknowledgement of Service and Stipulation Extending Time* by electronic mail on all those persons or entities set forth below at the email addresses stated:

James C. Joedecke,Jr.
Dana P. Lohrberg
Andersen, Tate & Carr, P.C.
jjoedecke@atclawfirm.com
dlohrberg@atclawfirm.com


June 27, 2022.

> */s/ Michael J. Bargar*
> Michael J. Bargar
> Georgia Bar No. 645709

18338070v1