UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DIVYANG GOSWAMI, | : | CASE NO. 20-66432-PWB |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Divyang Goswami, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Adv. Pro. No. 22-05077-PWB |
| NEENA D. GOSWAMI, | : | |
| Defendant. | : | |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT**

COME NOW S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Divyang Goswami and plaintiff in this adversary proceeding ("**Plaintiff**" or "**Trustee**"); and Neena D. Goswami, a defendant in this adversary proceeding ("**Mrs. Goswami**"), by and through their respective undersigned counsel, and hereby move this Court (the "**Motion**") for an Order extending the time period within which Mrs. Goswami may answer Trustee's *Complaint* [Doc. No. 1] (the "**Complaint**") through and including September 1, 2022.  In support of the Motion, Trustee and Mrs. Goswami respectfully show the Court as follows:

1. On May 16, 2022, Plaintiff initiated this adversary proceeding by filing a Complaint [Doc. No. 1].

18457688v1

2. On June 1, 2022, the Court issued an *Alias Summons* [Doc. No. 3] (the "**Summons**") on Mrs. Goswami.

3. On June 27, 2022, Trustee and Mrs. Goswami filed an *Acknowledgement of Service and Stipulation Extending Time* [Doc. No. 8], through which, among other things, Mrs. Goswami acknowledged service of the Summons and Complaint, and Trustee and Mrs. Goswami agreed that the deadline for Mrs. Goswami to answer the Complaint would be extended through and including August 1, 2022.

4. Plaintiff and Mrs. Goswami (collectively, the "**Parties**"), through their respective counsel, are engaged in discussions regarding a negotiated resolution of Plaintiff's claims against Mrs. Goswami. To conserve resources while these discussions continue, the Parties agree that the deadline by which Mrs. Goswami may file an answer should be extended through and including September 1, 2022.

5. Accordingly, the Parties request that the Court enter an order extending the Deadline by which Mrs. Goswami may file an answer through and including September 1, 2022.

6. A consent order granting this Motion has been submitted contemporaneously herewith.

WHEREFORE, the Parties pray that this Motion be read and considered, that the Motion be granted and the time within which Mrs. Goswami may file an answer to the Complaint be extended through and including September 1, 2022, and for such other relief as the Court deems appropriate.

[SIGNATURES ON FOLLOWING PAGE]

18457688v1

Respectfully submitted, this 28th day of July, 2022.

          ARNALL GOLDEN GREGORY LLP
          *Attorneys for Trustee*

          By: */s/ Michael J. Bargar*
              Michael J. Bargar
              Georgia Bar No. 645709
              michael.bargar@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Ph: 404.873.7030 / Fax: 404.873.7031

          ANDERSEN, TATE & CARR, P.C.
          *Attorneys for Mrs. Goswami*

          By: */s/ James C. Joedecke, Jr.*
              James C. Joedecke, Jr. (by Michael J.
              Bargar with express permission
              received on July 28, 2022)
              Georgia Bar No. 391885
              Dana P. Lohrberg
              Georgia Bar No. 493775
              jjoedecke@atclawfirm.com
              dlohrberg@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Ph: 770-822-9680

18457688v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, have this day served a true and correct copy of the foregoing *Joint Motion for Extension of Time for Defendant to Answer Complaint* by electronic mail on all of those persons or entities set forth below at the email addresses stated:

James C. Joedecke, Jr.
Dana P. Lohrberg
Andersen, Tate & Carr, P.C.
jjoedecke@atclawfirm.com
dlohrberg@atclawfirm.com

This 28th day of July, 2022.

                                      */s/ Michael J. Bargar*
                                      Michael J. Bargar
                                      Georgia Bar No. 645709

18457688v1