**IT IS ORDERED as set forth below:**



Date: August 1, 2022

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| DIVYANG GOSWAMI, | : | CASE NO. 20-66432-PWB |
| Debtor. | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Divyang Goswami, | : | |
| Plaintiff, | : | |
| vs. | : | Adv. Pro. No. 22-05077-PWB |
| NEENA D. GOSWAMI, | : | |
| Defendant. | : | |

**CONSENT ORDER GRANTING JOINT MOTION EXTENDING TIME**

18457718v1

This matter is before the Court on the *Joint Motion for Extension of Time for Defendant to Answer Complaint* (the "**Motion**") filed on July 28, 2022 [Doc. No. 9]. The Motion requests entry of an order extending the time within which Neena D. Goswami ("**Mrs. Goswami**") a named defendant in this adversary proceeding, may answer Plaintiff's Complaint [Doc. No. 1] through and including September 1, 2022. Based on good cause shown in the Motion, and the consent of the parties as evidenced by the signatures of their counsel below, it is hereby

ORDERED that the Motion is GRANTED: the time within which Mrs. Goswami may file an answer to the Complaint is extended through and including September 1, 2022.

[END OF DOCUMENT]

**Prepared and consented to by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Plaintiff*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Ph: (404) 873-7030

**Reviewed and consented to by:**

ANDERSEN, TATE & CARR, P.C.
*Attorneys for Mrs. Goswami*

By: */s/ James C. Joedecke, Jr.*          (with express permission by Michael J. Bargar)
    James C. Joedecke, Jr.
    Georgia Bar No. 391885
    jjoedecke@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Ph: 770-822-9680

18457718v1

**Identification of parties to be served:**

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th St. NW, Suite 2100
Atlanta, GA 30363-1031

James C. Joedecke, Jr.
Anderson, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097

18457718v1