UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DIVYANG GOSWAMI, | : | CASE NO. 20-66432-PWB |
| | : | |
| Debtor. | : | |
| | : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Divyang Goswami, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 22-05077-PWB |
| | : | |
| NEENA D. GOSWAMI, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estate of Divyang Goswami and plaintiff herein; and Neena D. Goswami ("**Mrs. Goswami**"), the defendant herein, through their respective undersigned counsel, and, pursuant to Federal Rules of Bankruptcy Procedure Rule 7041 and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this adversary proceeding and all claims raised or that could have been raised herein.

Respectfully submitted this 28th day of September 2022.

                ROUNTREE LEITMAN KLEIN & GEER, LLC
                *Attorneys for Trustee*

                By: /s/ Michael J. Bargar
                    Michael J. Bargar
Century Plaza I                Georgia Bar No. 645709
2987 Clairmont Road, Suite 350     mbargar@rlkglaw.com
Atlanta, GA 30329
404-410-1220

                ANDERSEN, TATE & CARR, P.C.
                *Attorneys for Mrs. Goswami*

                By: */s/ James C. Joedecke, Jr.*
                    James C. Joedecke, Jr. (*by Michael J. Bargar with express permission received on September xx, 2022*)
                    Georgia Bar No. 391885
                    Dana P. Lohrberg
                    Georgia Bar No. 493775
                    jjoedecke@atclawfirm.com
                    dlohrberg@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
Ph: 770-822-9680

CERTIFICATE OF SERVICE

      This is to certify that I, Michael J. Bargar, am over the age of 18, and that I have this date served a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE by electronic mail to the following entities at the addresses stated:

James C. Joedecke, Jr.
Dana P. Lohrberg
Andersen, Tate & Carr, P.C.
jjoedecke@atclawfirm.com
dlohrberg@atclawfirm.com

Dated: September 28th, 2022.

                                            */s/ Michael J. Bargar*
                                            Michael J. Bargar
                                            Georgia Bar No. 645709